UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                    Case No. 2:16-mj-20-01
                                                    HON. TIMOTHY P. GREELEY

Julaine Nicole Mankowski,

        Defendant.
_____/

## ORDER OF DETENTION

      Defendant appeared before the undersigned on November 18, 2016, for an initial appearance on the complaint charging defendant with 1 Count of Conspiracy to Distribute and Possess with Intent to Distribute Heroin. The government requested the defendant be detained pending further proceedings. Defendant will be given time to consult with her attorney and may request a detention hearing at a later date. Defendant shall be detained pending further proceedings.

      IT IS SO ORDERED.

                                                            */s/ Timothy P. Greeley*
                                                            TIMOTHY P. GREELEY
                                                            UNITED STATES MAGISTRATE JUDGE

Dated: November 21, 2016